JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

VOLODYA MARGARYAN,

                        Petitioner,

        v.

FERETI SEMAIA, *et al.*,

                   Respondents.

Case No. 5:26-cv-02191-DMK

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED IN PART.

1.     Within seven (7) days of this Order, Respondents shall afford Petitioner a constitutionally adequate bond hearing before an immigration judge. The government shall bear the burden of establishing that Petitioner poses a danger to the community or risk of flight, and Petitioner shall be allowed to have counsel present;

2.     Respondents shall notify Petitioner's counsel of the date and time that the bond hearing is scheduled to take place, no later than 24 hours in advance of such date and time;

3.     Respondents are ordered to immediately release Petitioner unless he is provided a constitutionally adequate bond hearing before an immigration judge within seven (7) days of this Order; and

4.    Within thirty (30) days of entry of final judgment in this action, the Court will consider an application from Petitioner for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED:  June 15, 2026

_____
DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE